UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI COSTAMAGNA,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | No. 2:23-cv-01008-MCE-DB<br><br><br><br>**ORDER** |

On February 29, 2024, this Court filed a Memorandum and Order dismissing Plaintiff's Third through Sixth causes of action and striking portions of the Complaint. ECF No. 19. The Court made clear in that filing that:

> Not later than twenty (20) days following the date this Memorandum and Order is electronically filed, Plaintiff may, but is not required to, file an amended complaint. If no amended complaint is timely filed, the causes of action dismissed by virtue of this Memorandum and Order will be deemed dismissed with prejudice upon no further notice to the parties.

Id. at 9-10. No amended complaint has been filed. Accordingly, the Third through Sixth causes of action are hereby DISMISSED with prejudice.

///

///

///

1

1     Not later than ten (10) days following the date this Order is electronically filed, Plaintiff is directed to file an amended complaint deleting those causes of action and removing the stricken portions as set forth in the Court's prior Memorandum and Order. This case shall proceed on Plaintiff's remaining claims.

    IT IS SO ORDERED.

Dated: April 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE